# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 1:07CR-210-MHT |
| ) | |
| ROSE McCLAIN ) | |

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on October 12, 2007 before the undersigned Magistrate Judge. Present at this conference was the Honorable Daniel Hamm, counsel for the defendant, and Assistant United States Attorney Matthew Shepherd, counsel for the government. As a result of the conference, it is

**ORDERED** as follows:

1. Jury selection is set for **December 10, 2007**. The trial of this case is set for the trial term commencing on **December 10, 2007** before **United States District Judge Myron H. Thompson** and is expected to last two (2) days for trial.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before **December 3, 2007.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All Motions in Limine shall be filed on or before **December 3, 2007**. Motions in Limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5.  Proposed jury instructions shall be filed on or before **December 3, 2007.**

6.  The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before **noon** on **November 27, 2007.**  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **December 10, 2007.**  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **December 10, 2007**, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 15th day of October, 2007.

　　　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE