# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**ROSE MCCLAIN, DEFENDANT** | **CASE NUMBER**<br><br>**1:07-CR-210-MHT** |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW,** the defendant, Rose McClain, by and through the undersigned counsel and notifies this Honorable Court of her intent to change her plea from not guilty to guilty. Defendant waives her right to plea in front of a District Judge and consents to do so before a Magistrate Judge.

**RESPECTFULLY SUBMITTED** this the 27th day of November, 2007.

/s/ Daniel G. Hamm
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Intent to Change Plea by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below.

**DONE** this the 27th day of November, 2007.

                                                                   /s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Matthew Shepherd
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197