# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ROSE MCCLAIN, DEFENDANT | CASE NUMBER<br><br>1:07-CR-210-MHT |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned defense counsel in the above-styled matter and moves this Honorable Court for an Order allowing the withdrawal of the undersigned as counsel of record for the Defendant, by stating the following:

1. Counsel was previously appointed to represent the Defendant on September 20, 2007.

2. The Defendant was sentenced on March 6, 2008 and the case is now closed.

**WHEREFORE** the above premises considered the undersigned prays this Honorable Court will issue an Order withdrawing his representation of the Defendant in the above-styled matter.

**RESPECTFULLY SUBMITTED** this the 12th day of June, 2008.

/s/ Daniel G. Hamm
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Withdraw by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below.

**DONE** this the 12th day of June, 2008.

                                    /s/ Daniel G. Hamm
                                    DANIEL G. HAMM (HAM043)
                                    ATTORNEY FOR THE DEFENDANT
                                    560 S. MCDONOUGH ST., STE. A
                                    MONTGOMERY, ALABAMA 36104
                                    TELEPHONE   334-269-0269
                                    FAX                334-323-5666

Matthew Shepherd
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197