IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )    CRIMINAL ACTION NO.
                            )        1:07cr210-MHT
ROSE McCLAIN                )
```

### ORDER

It is ORDERED that the motion to withdraw as counsel (Doc. No. 62) is granted.

DONE, this the 20th day of June, 2008.

            /s/ Myron H. Thompson
         **UNITED STATES DISTRICT JUDGE**